# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

## No. 201700127

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## RIGOBERTO MACIAS-AVILA
Intelligence Specialist Second Class (E-5), U.S. Navy
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Leon J. Francis, USMC.
Convening Authority: Commander, Navy Region Hawaii, JBPHH, HI.
Staff Judge Advocate's Recommendation: Lieutenant Commander Louis E. Butler, JAGC, USN.
For Appellant: Lieutenant Commander Paul D. Jenkins, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 30 June 2017

———————————————

Before GLASER-ALLEN, FULTON, and HUTCHISON, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court